**No. 66266.**—Riviera Trading Corp. *v.* United States, protest 60/25821 (New York).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 66267.**—Dolliff & McGrath et al. *v.* United States, protests 262211–K, etc. (Boston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of waste pieces similar in all material respects to those the subject of *P. Silverman & Son* v. *United States* (27 C.C.P.A. 324, C.A.D. 107), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1961

**No. 66268.**—Seymour Smith & Son, Inc. *v.* United States, protest 60/11191 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiff was sustained.

**No. 66269.**—John H. Graham Co., Inc. *v.* United States, protest 60/23073 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of foot rot secateurs similar in all material respects to those the subject of Abstract 64713, the claim of the plaintiff was sustained.